# EXHIBIT B



Microsoft
Careers

Locations  Professions
Programs ∨     Life at Microsoft ∨     Hiring tips  Join talent network

Search 🔍
Sign in

Search by job title, ID, or keyword        📍 Austin, Texas    ✕       Search jobs      🛒 Job cart  0

Include eligible remote jobs    ✓ Within 100 miles ∨    Work site ∨    Experience level ∨    Profession ∨    Discipline ∨    ▼ All filters  2    Clear All

## Get personalized job recommendations
Use AI to see how you match and get help on your career journey

Upload your resume

46 jobs

⇅ Sort: Distance

⬤ Turn on job alerts for this search                                                Manage

### Fabric Interconnect Design Verification Engineer
📍 United States, Texas, Austin + 4 more

Posted 13 days ago

### Senior IC Packaging Engineer
📍 United States, Texas, Austin + 4 more

Posted 13 days ago

### Senior Physical Design Engineer
📍 United States, Texas, Austin + 3 more

Posted 4 months ago

### Principal Memory Controller Architect
📍 United States, Texas, Austin + 4 more

Posted 7 days ago

### Principal ML Architect
📍 United States, Texas, Austin + 4 more

Posted 7 days ago

### Principal Silicon Design Verification Engineer
📍 United States, Texas, Austin + 4 more

Posted 4 days ago

### Principal Product Engineer
📍 United States, Texas, Austin + 3 more

Posted 4 days ago

### Principal Product Engineer
📍 United States, Texas, Austin + 3 more

Posted a month ago

### Global Supply Manager
📍 United States, Texas, Austin + 1 more

Posted 5 hours ago

Senior Reliability Engineer

◎ United States, Texas, Austin + 3 more

Posted 7 days ago