# EXHIBIT C



Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610

**Ben Byer**
(206) 757-8105 tel
(206) 757-7105 fax
BenByer@dwt.com

November 13, 2025

VIA EMAIL – eportuguese@susmangodfrey.com

Emily Portuguese
Susman Godfrey LLP
One Manhattan West
50th Floor
New York, NY 10001

**Re:** *Neural AI, LLC v. NVIDIA Corporation*
**Case No. 7:24-cv-00221-ADA-DTG (W.D. Tex.)**

Dear Counsel:

We write on behalf of Microsoft in response to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action ("Subpoena") served on Microsoft on or around October 16, 2025, on behalf of Neural AI, LLC ("Plaintiff").

## MICROSOFT'S OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS

Microsoft objects to the definition of "NVIDIA GPU-Acceleration Hardware" as vague, overbroad, unduly burdensome and disproportionate to the needs of the case to the extent it includes nearly 350 different devices in addition to "any and all variations of the aforementioned products  (including at least products having different options for number of GPUs." Microsoft also objects to this definition as unduly burdensome and disproportionate to the needs of the case to the extent it purports to require Microsoft to determine what specific products fall within Plaintiff's definition. Microsoft also objects as there has been no showing of relevance.  Microsoft will not attempt to interpret this term.

Microsoft objects to the definition of "NVIDIA GPU-Acceleration Software" as vague, overbroad, unduly burdensome and disproportionate to the needs of the case to the extent it includes "any and all software, libraries, toolkits, APIs, SDKs, platforms, orchestration environments, cloud services, or application frameworks developed, sold, licensed, maintained, or distributed by NVIDIA Corporation that are designed for, dependent upon, or enable GPU-accelerated computing, processing, training, inference, rendering, simulation, or analytics. This includes, without limitation: […]." Microsoft objects to this definition as unduly burdensome and disproportionate to the needs of the case to the extent it purports to require Microsoft to determine what products fall within Plaintiff's definition.

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

Emily Portuguese
November 13, 2025
Page 2

Microsoft objects to this definition to the extent it requires an expert or legal opinion. Microsoft also objects because there has been no showing of relevance.  Microsoft will not attempt to interpret this term.

Microsoft objects to the definitions of "and" and "or" as vague, overbroad, and unduly burdensome. Microsoft also objects to these terms to the extent they improperly purport to require production beyond those documents in Microsoft's possession, custody and control. Microsoft will interpret these terms according to their ordinary meaning.

Microsoft objects to the definitions of "any," "each," and "all" as vague, overbroad, and unduly burdensome. Microsoft also objects to these terms to the extent they improperly purport to require production beyond those documents in Microsoft's possession, custody and control. Microsoft will interpret these terms according to their ordinary meaning.

Microsoft objects to the definition of "Asserted Patents" and "Patents-in-Suit" as vague, overbroad, unduly burdensome and disproportionate to the needs of the case to the extent this definition goes beyond the specifically listed patents. Microsoft will interpret "Asserted Patents" and "Patents-in-Suit" to mean the specifically listed patents.

Microsoft objects to the definition of "Communication(s)" as vague, overbroad, unduly burdensome and disproportionate to the needs of the case. Microsoft will interpret this term in accordance with its ordinary meaning.

Microsoft objects to the definitions of "concerning," "related to," "relating to," and "regarding" as vague, overbroad and unduly burdensome. Microsoft will interpret these terms to mean reflecting, discussing or describing.

Microsoft objects to the definition of "Document(s)" as vague, overbroad, and unduly burdensome and disproportionate to the needs of the case in particular to the extent it purports to "have the broadest meaning possible under Rules 26 and 34…." Microsoft will interpret this term in accordance with its ordinary meaning, and will not produce communications, including email. No showing of need has been shown to overcome the extreme and disproportionate burden of such discovery. Microsoft also objects to requests for documents that are not reasonably accessible. Microsoft will interpret this term in accordance with the FRCP.

Microsoft objects to the definitions of "include" and "including" as vague, overbroad, and unduly burdensome. Microsoft also objects to these terms to the extent they improperly purport to require production beyond those documents in Microsoft's possession, custody and control. Microsoft will interpret these terms according to their ordinary meaning.

Microsoft objects to the definition of "NVIDIA" as unduly burdensome and disproportionate to the needs of the case to the extent that it purports to require Microsoft to determine what "predecessors, present and former directors, officers, accountants, affiliates, attorneys, partners, managers, agents, employees, representatives, in-house and outside counsel, and any other person or entity acting on behalf of or under control of Defendant NVIDIA Corporation" fall within Plaintiff's definition. Microsoft will interpret "NVIDIA" to mean Defendant NVIDIA Corporation.

Emily Portuguese
November 13, 2025
Page 3

Microsoft objects to the definition of "person(s)" as vague, overbroad, unduly burdensome and disproportionate to the needs of the case. Microsoft will interpret this term in accordance with its ordinary meaning.

Microsoft objects to the definition of "Source Code" as vague, overbroad, unduly burdensome and disproportionate to the needs of the case. Microsoft will interpret this term in accordance with its ordinary meaning.

Microsoft objects to the definition of "Third Party" and "Third Parties" as vague, overbroad, unduly burdensome and disproportionate to the needs of the case. Microsoft will not attempt to interpret this term.

Microsoft objects to the definition of "You," "Your," and "Microsoft" as unduly burdensome and disproportionate to the needs of the case to the extent that it purports to require Microsoft to determine what "predecessors, successors, parents, subsidiaries, divisions, affiliates, and all past or present directors, officers, partners, managers, employees, contractors, agents, representatives, accountants, consultants, in-house and outside counsel, and any other person or entity acting or purporting to act on its behalf or subject to its control" fall within Plaintiff's definition. Microsoft also objects to this definition as unduly burdensome, overbroad, and disproportionate to the needs of the case, and requiring undue legal or factual analysis that fails to provide sufficient information to enable Microsoft to meaningfully determine the purported scope of this term, to the extent it purports to include "without limitation, Activision Blizzard, Inc., GitHub Inc., Nuance Communications, Inc., and any other Microsoft parent, subsidiary, affiliate, or other related entity that has used, licensed, deployed, evaluated, or integrated NVIDIA Hardware and/or NVIDIA Software." Microsoft also objects to this definition to the extent it includes " in-house and outside counsel" and thus, seeks privileged information. Microsoft will interpret "You," "Your," and "Microsoft" to mean Microsoft Corporation.

Microsoft objects to Instructions 20, 21, 22, 24, 25, 26, and 27 as unduly burdensome for a non-party, and as exceeding that which is required by the applicable rules of procedure.  Microsoft is willing to meet and confer on production format including metadata issues.

Microsoft objects to Instruction 28 as vague, overbroad, unduly burdensome and disproportionate to the needs of the case to the extent it purports to seek documents from an over seven-year time period.

Microsoft objects to Instruction 29 as vague, overbroad, unduly burdensome and disproportionate to the needs of the case to the extent it purports to seek documents related to activities outside the United States.

Microsoft objects to Instruction 23 as unduly burdensome to the extent that it purports to require Microsoft to prepare a privilege log more detailed than what is required by the applicable rules of procedure. Microsoft is willing to meet and confer concerning the purported need for and timing of any such log.

Emily Portuguese
November 13, 2025
Page 4

## OBJECTION TO TIME AND PLACE OF COMPLIANCE

Microsoft objects to the subpoena as improper because the demanded place of production is not within 100 miles of Redmond, Washington, where Microsoft resides and regularly transacts business in person. *See* Fed. R. Civ. P. 45(c)(2)(A). The subpoena fails to comply with federal law regarding place of compliance. Microsoft also objects to the time for compliance as unduly burdensome. Microsoft is willing to meet and confer on the timing for compliance.

## OBJECTION TO PROTECTIVE ORDER

Microsoft objects to the Protective Order attached to the subpoena to the extent that the Protective Order does not offer sufficient protections for the production of Microsoft's confidential documents. If Microsoft identifies confidential documents responsive to the requests in the Subpoena, it is open to meet and confer to address its objections regarding protections for confidential documents.

## OBJECTIONS AND RESPONSES TO DOCUMENT REQUESTS

Microsoft incorporates the above objections in their entirety into each specific objection below. Microsoft specific objections are made for purposes of clarity and emphasis. Microsoft does not waive its above objections with respect to any of the Subpoena's requests below.

## REQUEST FOR PRODUCTION NO. 1:

Documents sufficient to identify all types of NVIDIA GPU-Acceleration Hardware purchased, acquired, or deployed by You.

## RESPONSE:

Microsoft objects to this request for failing to make reasonable efforts to reduce the burden on non-party Microsoft. In particular, Microsoft objects to this request to the extent it seeks information in the possession, custody or control of Defendant.

Microsoft objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Microsoft products by name and/or versions that relevant to this case.

Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents related to any Microsoft product or component; until Microsoft is provided with the portion of Plaintiff's infringement contentions that addresses any Microsoft product or component—and addresses the relevance of Microsoft's alleged use of "NVIDIA GPU-Acceleration Hardware" — Microsoft cannot determine the relevance of this request and therefore objects to this request as not relevant.

Microsoft objects to this request as improper, because it is an interrogatory disguised as a document request.

Emily Portuguese
November 13, 2025
Page 5

Microsoft objects to this request as vague and unduly burdensome to the extent that it purports to require Microsoft to conduct undue legal or factual analysis as to whether a document is "sufficient to identify all types of NVIDIA GPU-Acceleration Hardware purchased, acquired, or deployed by You." Microsoft objects to this request as failing to describe the documents sought in sufficient detail for Microsoft to conduct a reasonable search of its records.

Microsoft objects to the use of overbroad, vague and ambiguous terms and phrases in the request, including, but not limited to "all types of NVIDIA GPU-Acceleration Hardware," "purchased," "acquired," and "deployed by You" without providing additional identifying or clarifying information to explain exactly what is sought.

Microsoft objects to the lack of a reasonable geographic limitation.

Microsoft objects to this request as unduly burdensome to the extent it seeks documents that are over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Microsoft is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Microsoft objects to this request to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

Microsoft will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 2:**

Documents sufficient to identify the quantity, identity, and price of NVIDIA GPU-Acceleration Hardware (including model numbers) purchased, deployed, tested, or used by You.

**RESPONSE:**

Microsoft objects to this request for failing to make reasonable efforts to reduce the burden on non-party Microsoft. In particular, Microsoft objects to this request to the extent it seeks information in the possession, custody or control of Defendant.

Microsoft objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Microsoft products by name and/or versions that relevant to this case.

Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents related to any Microsoft product or component; until Microsoft is provided with the portion of Plaintiff's infringement contentions that addresses any Microsoft product or component—and addresses the relevance of Microsoft's alleged use of "NVIDIA GPU-Acceleration Hardware" — Microsoft cannot determine the relevance of this request and therefore objects to this request as not relevant.

Emily Portuguese
November 13, 2025
Page 6

Microsoft objects to this request as improper, because it is an interrogatory disguised as a document request.

Microsoft objects to this request as vague and unduly burdensome to the extent that it purports to require Microsoft to conduct undue legal or factual analysis as to whether a document is "sufficient to identify the quantity, identity, and price of NVIDIA GPU-Acceleration Hardware (including model numbers) purchased, deployed, tested, or used by You." Microsoft objects to this request as failing to describe the documents sought in sufficient detail for Microsoft to conduct a reasonable search of its records.

Microsoft objects to the use of overbroad, vague and ambiguous terms and phrases in the request, including, but not limited to "quantity," "identity," "price," "NVIDIA GPU-Acceleration Hardware (including model numbers)," "purchased," "deployed," "tested," and "used by You" without providing additional identifying or clarifying information to explain exactly what is sought.

Microsoft objects to this request as unduly burdensome to the extent it seeks documents that are over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Microsoft is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Microsoft objects to the lack of a reasonable geographic limitation.

Microsoft objects to this request to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

Microsoft requests that Plaintiff provide Microsoft with the portion of Plaintiff's infringement contentions that identify the products allegedly purchased by Microsoft, along with an explanation of why this information cannot be obtained directly from Defendant.

**REQUEST FOR PRODUCTION NO. 3:**

Documents sufficient to identify all types of NVIDIA GPU-Acceleration Software acquired, licensed, or used by You, including from the NGC catalog, NVIDIA AI Enterprise, or otherwise.

**RESPONSE:**

Microsoft objects to this request for failing to make reasonable efforts to reduce the burden on non-party Microsoft. In particular, Microsoft objects to this request to the extent it seeks information in the possession, custody or control of Defendant.

Microsoft objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Microsoft products by name and/or versions that relevant to this case.

Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents

Emily Portuguese
November 13, 2025
Page 7

related to any Microsoft product or component; until Microsoft is provided with the portion of Plaintiff's infringement contentions that addresses any Microsoft product or component—and addresses the relevance of Microsoft's alleged use of "NVIDIA GPU-Acceleration Hardware" — Microsoft cannot determine the relevance of this request and therefore objects to this request as not relevant.

Microsoft objects to this request as improper, because it is an interrogatory disguised as a document request.

Microsoft objects to this request as vague and unduly burdensome to the extent that it purports to require Microsoft to conduct undue legal or factual analysis as to whether a document is "sufficient to identify all types of NVIDIA GPU-Acceleration Software acquired, licensed, or used by You, including from the NGC catalog, NVIDIA AI Enterprise, or otherwise." Microsoft objects to this request as failing to describe the documents sought in sufficient detail for Microsoft to conduct a reasonable search of its records.

Microsoft objects to the use of overbroad, vague and ambiguous terms and phrases in the request, including, but not limited to "all types of NVIDIA GPU-Acceleration Software," "acquired," "licensed," "used by You," "the NGC catalog," "NVIDIA AI Enterprise," and "or otherwise" without providing additional identifying or clarifying information to explain exactly what is sought.

Microsoft objects to this request as unduly burdensome to the extent it seeks documents that are over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Microsoft is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Microsoft objects to the lack of a reasonable geographic limitation.

Microsoft objects to this request to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

Microsoft will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 4:**

Documents sufficient to identify the quantity and identity of NVIDIA GPU-Acceleration Software (including model numbers) acquired, licensed, or used by You.

**RESPONSE:**

Microsoft objects to this request for failing to make reasonable efforts to reduce the burden on non-party Microsoft. In particular, Microsoft objects to this request to the extent it seeks information in the possession, custody or control of Defendant.

Emily Portuguese
November 13, 2025
Page 8

Microsoft objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Microsoft products by name and/or versions that relevant to this case.

Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents related to any Microsoft product or component; until Microsoft is provided with the portion of Plaintiff's infringement contentions that addresses any Microsoft product or component—and addresses the relevance of Microsoft's alleged use of "NVIDIA GPU-Acceleration Hardware" — Microsoft cannot determine the relevance of this request and therefore objects to this request as not relevant.

Microsoft objects to the lack of a reasonable geographic limitation.

Microsoft objects to this request as improper, because it is an interrogatory disguised as a document request.

Microsoft objects to this request as vague and unduly burdensome to the extent that it purports to require Microsoft to conduct undue legal or factual analysis as to whether a document is "sufficient to identify the quantity and identity of NVIDIA GPU-Acceleration Software (including model numbers) acquired, licensed, or used by You." Microsoft objects to this request as failing to describe the documents sought in sufficient detail for Microsoft to conduct a reasonable search of its records.

Microsoft objects to the use of overbroad, vague and ambiguous terms and phrases in the request, including, but not limited to "quantity," "identity," "NVIDIA GPU-Acceleration Software (including model numbers)," "acquired," "licensed," and "used by You" without providing additional identifying or clarifying information to explain exactly what is sought.

Microsoft objects to this request as unduly burdensome to the extent it seeks documents that are over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Microsoft is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Microsoft objects to this request to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

Microsoft requests that Plaintiff provide Microsoft with the portion of Plaintiff's infringement contentions that identify the products allegedly purchased by Microsoft, along with an explanation of why this information cannot be obtained directly from Defendant.

**<u>REQUEST FOR PRODUCTION NO. 5:</u>**

Documents sufficient to identify any products, features, or services offered by You that depended on NVIDIA GPU-Acceleration Software or NVIDIA GPU-Acceleration Hardware.

**<u>RESPONSE:</u>**

Emily Portuguese
November 13, 2025
Page 9

Microsoft objects to this request for failing to make reasonable efforts to reduce the burden on non-party Microsoft. In particular, Microsoft objects to this request to the extent it seeks information in the possession, custody or control of Defendant.

Microsoft objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Microsoft products by name and/or versions that relevant to this case.

Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents related to any Microsoft service, product, or component; until Microsoft is provided with the portion of Plaintiff's infringement contentions that addresses any Microsoft product or component—and addresses the relevance of Microsoft's alleged use of "NVIDIA GPU-Acceleration Hardware" — Microsoft cannot determine the relevance of this request and therefore objects to this request as not relevant.

Microsoft objects to this request as improper, because it is an interrogatory disguised as a document request.

Microsoft objects to this request as vague and unduly burdensome to the extent that it purports to require Microsoft to conduct undue legal or factual analysis as to whether a document is "sufficient to identify any products, features, or services offered by You that depended on NVIDIA GPU-Acceleration Software or NVIDIA GPU-Acceleration Hardware." Microsoft objects to this request as failing to describe the documents sought in sufficient detail for Microsoft to conduct a reasonable search of its records.

Microsoft objects to the use of overbroad, vague and ambiguous terms and phrases in the request, including, but not limited to "any products," "features," "services," "offered by You," and "depended on NVIDIA GPU-Acceleration Software or NVIDIA GPU-Acceleration Hardware" without providing additional identifying or clarifying information to explain exactly what is sought.

Microsoft objects to this request as unduly burdensome to the extent it seeks documents that are over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Microsoft is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Microsoft objects to the lack of a reasonable geographic limitation.

Microsoft objects to this request to the extent it seeks confidential or proprietary information without making any showing of relevance or that the request is proportional to the needs of the case.

Microsoft will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 6:**

Emily Portuguese
November 13, 2025
Page 10

Documents sufficient to identify all agreements, license terms, purchase orders, or other transactional documents relating to the acquisition or use of any NVIDIA GPU-Acceleration Hardware or NVIDIA GPU-Acceleration Software between You and NVIDIA, and the terms of those agreements.

**RESPONSE:**

Microsoft objects to this request for failing to make reasonable efforts to reduce the burden on non-party Microsoft. In particular, Microsoft objects to this request to the extent it seeks information in the possession, custody or control of Defendant. Moreover, Plaintiff has identified nothing to suggest any responsive materials are relevant and exist, and therefore this request appears to be an impermissible fishing expedition.

Microsoft objects to this request as overly burdensome on nonparty Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case. In particular, it is unclear the relevance of and the need to request "all agreements, license terms, purchase orders, or other transactional documents relating to the acquisition or use of any NVIDIA GPU-Acceleration Hardware or NVIDIA GPU-Acceleration Software between You and NVIDIA, and the terms of those agreements."

Microsoft objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Microsoft objects to this request as vague and unduly burdensome to the extent that it purports to require Microsoft to conduct undue legal or factual analysis as to whether a document is "sufficient to identify all agreements, license terms, purchase orders, or other transactional documents relating to the acquisition or use of any NVIDIA GPU-Acceleration Hardware or NVIDIA GPU-Acceleration Software between You and NVIDIA, and the terms of those agreements." Microsoft objects to this request as failing to describe the documents sought in sufficient detail for Microsoft to conduct a reasonable search of its records.

Microsoft objects to the use of overbroad, vague and ambiguous terms and phrases in the request, including, but not limited to "all agreements," "license terms," "purchase orders," "other transactional documents," "relating to the acquisition or use of any NVIDIA GPU-Acceleration Hardware or NVIDIA GPU-Acceleration Software," "between You and NVIDIA," and "the terms of those agreements" without providing additional identifying or clarifying information to explain exactly what is sought.

Microsoft objects to this request as unduly burdensome to the extent it seeks documents that are over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Microsoft is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Microsoft objects to the lack of a reasonable geographic limitation.

Emily Portuguese
November 13, 2025
Page 11

Microsoft objects to this request to the extent that it seeks documents protected by the attorney client privilege or doctrine of attorney work product, common interest privilege, or any other applicable privilege, protection, or immunity.

Microsoft will not search for documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 7:**

Technical documentation, architectural diagrams, source code excerpts, or internal presentations sufficient to show how You implemented, incorporated, or otherwise used any NVIDIA GPU-Acceleration Software in any GPU-accelerated system.

**RESPONSE:**

Microsoft objects to this request for failing to make reasonable efforts to reduce the burden on non-party Microsoft. In particular, Microsoft objects to this request to the extent it seeks information not in the possession, custody, or control of Microsoft and/or is in the possession, custody or control of Defendant.

Microsoft objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Microsoft products by name and/or versions that are relevant to this case.

Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents unrelated to any Microsoft system, product, or component alleged to be an accused product in the underlying case; until Microsoft is provided with the portion of Plaintiff's infringement contentions that addresses any Microsoft product or component—and addresses the relevance of Microsoft's alleged use of "any NVIDIA GPU-Acceleration Software"—Microsoft cannot determine the relevance of this request and therefore objects to this request as not relevant.

Microsoft objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Microsoft objects to this request as vague and unduly burdensome to the extent that it purports to require Microsoft to conduct undue legal or factual analysis as to whether a document reflects "[t]echnical documentation, architectural diagrams, source code excerpts, or internal presentations sufficient to show how You implemented, incorporated, or otherwise used any NVIDIA GPU-Acceleration Software in any GPU-accelerated system." Microsoft objects to this request as failing to describe the documents sought in sufficient detail for Microsoft to conduct a reasonable search of its records.

Microsoft objects to the request for source code as unduly burdensome, unnecessary, and not proportional to the needs of the case.

Emily Portuguese
November 13, 2025
Page 12

Microsoft objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to "[t]echnical documentation," "architectural diagrams," "source code excerpts," "internal presentations," "how You implemented," "incorporated," "otherwise used," and "any NVIDIA GPU-Acceleration Software in any GPU-accelerated system" without providing additional identifying or clarifying information to explain exactly what is sought.

Microsoft objects to this request as unduly burdensome to the extent it seeks documents that are at least over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Microsoft is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Microsoft objects to the lack of a reasonable geographic limitation.

Microsoft objects to this request to the extent that it seeks documents protected by the attorney client privilege or doctrine of attorney work product, common interest privilege, or any other applicable privilege, protection, or immunity.

Microsoft will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 8:**

Source Code, configuration files, or implementation artifacts sufficient to show how NVIDIA GPU-Acceleration Software was integrated into Your systems, applications, or software pipelines.

**RESPONSE:**

Microsoft objects to this request for failing to make reasonable efforts to reduce the burden on non-party Microsoft. In particular, Microsoft objects to this request to the extent it seeks information not in the possession, custody, or control of Microsoft and/or is in the possession, custody or control of Defendant.

Microsoft objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Microsoft products by name and/or versions that are relevant to this case.

Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents unrelated to any Microsoft system, product, or component alleged to be an accused product in the underlying case; until Microsoft is provided with the portion of Plaintiff's infringement contentions that addresses any Microsoft product or component—and addresses the relevance of Microsoft's alleged use of "any NVIDIA GPU-Acceleration Software"—Microsoft cannot determine the relevance of this request and therefore objects to this request as not relevant.

Microsoft objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Emily Portuguese
November 13, 2025
Page 13

Microsoft objects to this request as calling for expert testimony.

Microsoft objects to this request as vague and unduly burdensome to the extent that it purports to require Microsoft to conduct undue legal or factual analysis as to whether a document reflects "[s]ource Code, configuration files, or implementation artifacts sufficient to show how NVIDIA GPU-Acceleration Software was integrated into Your systems, applications, or software pipelines." Microsoft objects to this request as failing to describe the documents sought in sufficient detail for Microsoft to conduct a reasonable search of its records.

Microsoft objects to the request for source code as unduly burdensome, unnecessary, and not proportional to the needs of the case.

Microsoft objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to "Source Code," "configuration files," "implementation artifacts," "NVIDIA GPU-Acceleration Software," "integrated into Your systems," "applications," and "software pipelines" without providing additional identifying or clarifying information to explain exactly what is sought.

Microsoft objects to this request as unduly burdensome to the extent it seeks documents that are at least over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Microsoft is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Microsoft objects to the lack of a reasonable geographic limitation.

Microsoft will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 9:**

Documents sufficient to show how Your application-layer software invokes or interacts with NVIDIA GPU-Acceleration Software components, including the types of workloads, models, or applications executed using NVIDIA GPU-Acceleration Software.

**RESPONSE:**

Microsoft objects to this request for failing to make reasonable efforts to reduce the burden on non-party Microsoft. In particular, Microsoft objects to this request to the extent it seeks information not in the possession, custody, or control of Microsoft and/or is in the possession, custody or control of Defendant.

Microsoft objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Microsoft products by name and/or versions that are relevant to this case.

Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents unrelated to any Microsoft product or component alleged to be an accused product in the underlying

Emily Portuguese
November 13, 2025
Page 14

case; until Microsoft is provided with the portion of Plaintiff's infringement contentions that addresses any Microsoft system, product, or component—and addresses the relevance of Microsoft's alleged use of "any NVIDIA GPU-Acceleration Software"—Microsoft cannot determine the relevance of this request and therefore objects to this request as not relevant.

Microsoft objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Microsoft objects to this request as calling for expert testimony.

Microsoft objects to this request as improper, because it is an interrogatory disguised as a document request.

Microsoft objects to this request as vague and unduly burdensome to the extent that it purports to require Microsoft to conduct undue legal or factual analysis as to whether a document is "sufficient to show how Your application-layer software invokes or interacts with NVIDIA GPU-Acceleration Software components, including the types of workloads, models, or applications executed using NVIDIA GPU-Acceleration Software." Microsoft objects to this request as failing to describe the documents sought in sufficient detail for Microsoft to conduct a reasonable search of its records.

Microsoft objects to the request for source code as unduly burdensome, unnecessary, and not proportional to the needs of the case.

Microsoft objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to "Your application-layer software," "invokes," "interacts with," "NVIDIA GPU-Acceleration Software components," "types of workloads," "models," and "applications" without providing additional identifying or clarifying information to explain exactly what is sought.

Microsoft objects to this request as unduly burdensome to the extent it seeks documents that are at least over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Microsoft is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Microsoft objects to the lack of a reasonable geographic limitation.

Microsoft will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 10:**

Internal development notes, version control records, Git repositories, commit logs, or related documents sufficient to show all derivative or modified source code created by You based on, incorporating, extending, or wrapping NVIDIA GPU-Acceleration Software.

**RESPONSE:**

Emily Portuguese
November 13, 2025
Page 15

Microsoft objects to this request for failing to make reasonable efforts to reduce the burden on non-party Microsoft. In particular, Microsoft objects to this request to the extent it seeks information not in the possession, custody, or control of Microsoft and/or is in the possession, custody or control of Defendant.

Microsoft objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Microsoft products by name and/or versions that are relevant to this case.

Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents unrelated to any Microsoft product or component alleged to be an accused product in the underlying case; until Microsoft is provided with the portion of Plaintiff's infringement contentions that addresses any Microsoft system, product, or component—and addresses the relevance of Microsoft's alleged use of "any NVIDIA GPU-Acceleration Software"—Microsoft cannot determine the relevance of this request and therefore objects to this request as not relevant.

Microsoft objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Microsoft objects to this request as calling for expert testimony.

Microsoft objects to this request as vague and unduly burdensome to the extent that it purports to require Microsoft to conduct undue legal or factual analysis as to whether a document reflects "[i]nternal development notes, version control records, Git repositories, commit logs, or related documents sufficient to show all derivative or modified source code created by You based on, incorporating, extending, or wrapping NVIDIA GPU-Acceleration Software." Microsoft objects to this request as failing to describe the documents sought in sufficient detail for Microsoft to conduct a reasonable search of its records.

Microsoft objects to the request for source code as unduly burdensome, unnecessary, and not proportional to the needs of the case.

Microsoft objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to "[i]nternal development notes," "version control records," "Git repositories," "commit logs," "related documents," and "all derivative or modified source code," "created by You," and "based on, incorporating, extending, or wrapping NVIDIA GPU-Acceleration Software" without providing additional identifying or clarifying information to explain exactly what is sought.

Microsoft objects to this request as unduly burdensome to the extent it seeks documents that are at least over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Microsoft is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Emily Portuguese
November 13, 2025
Page 16

Microsoft objects to the lack of a reasonable geographic limitation.

Microsoft will not conduct a search in response to this request.

## REQUEST FOR PRODUCTION NO. 11:

Documents sufficient to show all uses of NVLink, MIG (Multi-Instance GPU), or any GPU orchestration software used in conjunction with NVIDIA GPU-Acceleration Software.

## RESPONSE:

Microsoft objects to this request for failing to make reasonable efforts to reduce the burden on non-party Microsoft. In particular, Microsoft objects to this request to the extent it seeks information not in the possession, custody, or control of Microsoft and/or is in the possession, custody or control of Defendant.

Microsoft objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Microsoft products by name and/or versions that are relevant to this case.

Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents unrelated to any Microsoft product or component alleged to be an accused product in the underlying case; until Microsoft is provided with the portion of Plaintiff's infringement contentions that addresses any Microsoft product or component—and addresses the relevance of Microsoft's alleged use of "any NVIDIA GPU-Acceleration Software"—Microsoft cannot determine the relevance of this request and therefore objects to this request as not relevant.

Microsoft objects to this request as calling for expert testimony.

Microsoft objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Microsoft objects to this request as vague and unduly burdensome to the extent that it purports to require Microsoft to conduct undue legal or factual analysis as to whether a document is "sufficient to show all uses of NVLink, MIG (Multi-Instance GPU), or any GPU orchestration software used in conjunction with NVIDIA GPU-Acceleration Software." Microsoft objects to this request as failing to describe the documents sought in sufficient detail for Microsoft to conduct a reasonable search of its records.

Microsoft objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to "all uses of NVLink, MIG (Multi-Instance GPU)," "any GPU orchestration software," and "used in conjunction with NVIDIA GPU-Acceleration Software" without providing additional identifying or clarifying information to explain exactly what is sought.

Emily Portuguese
November 13, 2025
Page 17

Microsoft objects to this request as unduly burdensome to the extent it seeks documents that are at least over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Microsoft is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Microsoft objects to the lack of a reasonable geographic limitation.

Microsoft will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 12:**

Communications between You and NVIDIA relating to the setup, integration, customization, support, or use of any NVIDIA GPU-Acceleration Software.

**RESPONSE:**

Microsoft objects to this request for failing to make reasonable efforts to reduce the burden on non-party Microsoft. In particular, Microsoft objects to this request to the extent it seeks information in the possession, custody or control of Defendant. Moreover, Plaintiff has identified nothing to suggest any responsive materials are relevant and exist, and therefore this request appears to be an impermissible fishing expedition.

Microsoft objects to this request as overly burdensome on nonparty Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case. In particular, it is unclear the relevance of and the need to request "[c]ommunications." Any request for email is overbroad and disproportionate to the needs of the case.  Microsoft objects to the request for "[c]ommunications" to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Microsoft objects to this request as vague and unduly burdensome to the extent that it purports to require Microsoft to conduct undue legal or factual analysis as to whether a document reflects "[c]ommunications between You and NVIDIA relating to the setup, integration, customization, support, or use of any NVIDIA GPU-Acceleration Software." Microsoft objects to this request as failing to describe the documents sought in sufficient detail for Microsoft to conduct a reasonable search of its records.

Microsoft objects to the use of overbroad, vague and ambiguous terms and phrases in the request, including, but not limited to "[c]ommunications," "between You and NVIDIA," "setup," "integration," "customization," "support," "use," and "any NVIDIA GPU-Acceleration Software" without providing additional identifying or clarifying information to explain exactly what is sought.

Microsoft objects to this request as unduly burdensome to the extent it seeks documents that are over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Microsoft is not able to retrieve information from many of these sources, or even confirm with

Emily Portuguese
November 13, 2025
Page 18

certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Microsoft objects to the lack of a reasonable geographic limitation.

Microsoft objects to this request to the extent that it seeks documents protected by the attorney client privilege or doctrine of attorney work product, common interest privilege, or any other applicable privilege, protection, or immunity.

Microsoft will not search for documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 13:**

Internal documents, presentations, or reports reflecting the performance benefits, functional improvements, or business value derived from using NVIDIA GPU-Acceleration Software and NVIDIA GPU-Acceleration Hardware.

**RESPONSE:**

Microsoft objects to this request for failing to make reasonable efforts to reduce the burden on non-party Microsoft. In particular, Microsoft objects to this request to the extent it seeks information not in the possession, custody, or control of Microsoft and/or is in the possession, custody or control of Defendant.

Microsoft objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Microsoft products by name and/or versions that are relevant to this case.

Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents unrelated to any Microsoft product or component alleged to be an accused product in the underlying case; until Microsoft is provided with the portion of Plaintiff's infringement contentions that addresses any Microsoft product or component—and addresses the relevance of Microsoft's alleged use of "NVIDIA GPU-Acceleration Software"—Microsoft cannot determine the relevance of this request and therefore objects to this request as not relevant.

Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks Microsoft internal documents and internal information not relayed to the Defendant. Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks material available through party or expert discovery.

Microsoft objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Emily Portuguese
November 13, 2025
Page 19

Microsoft objects to this request as vague and unduly burdensome to the extent that it purports to require Microsoft to conduct undue legal or factual analysis as to whether a document reflects "[i]nternal documents, presentations, or reports reflecting the performance benefits, functional improvements, or business value derived from using NVIDIA GPU-Acceleration Software and NVIDIA GPU-Acceleration Hardware." Microsoft objects to this request as failing to describe the documents sought in sufficient detail for Microsoft to conduct a reasonable search of its records.

Microsoft objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to "[i]nternal documents," "presentations," "reports," "the performance benefits," "functional improvements," "business value," "NVIDIA GPU-Acceleration Software," and "NVIDIA GPU-Acceleration Hardware" without providing additional identifying or clarifying information to explain exactly what is sought.

Microsoft objects to this request as unduly burdensome to the extent it seeks documents that are at least over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Microsoft is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Microsoft objects to the lack of any reasonable geographic limitation.

Microsoft objects to this request to the extent that it seeks documents protected by the attorney client privilege or doctrine of attorney work product, common interest privilege, or any other applicable privilege, protection, or immunity.

Microsoft will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 14:**

Revenue, usage, or subscription data for Your services or software platforms that relied on NVIDIA GPU-Acceleration Software.

**RESPONSE:**

Microsoft objects to this request for failing to make reasonable efforts to reduce the burden on non-party Microsoft. In particular, Microsoft objects to this request to the extent it seeks information not in the possession, custody, or control of Microsoft and/or is in the possession, custody or control of Defendant.

Microsoft objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Microsoft products by name and/or versions that are relevant to this case.

Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents unrelated to any Microsoft service, product, or component alleged to be an accused product in the underlying case; until Microsoft is provided with the portion of Plaintiff's infringement contentions

Emily Portuguese
November 13, 2025
Page 20

that addresses any Microsoft product or component—and addresses the relevance of Microsoft's alleged use of "NVIDIA GPU-Acceleration Software"—Microsoft cannot determine the relevance of this request and therefore objects to this request as not relevant.

Microsoft objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Microsoft objects to this request as vague and unduly burdensome to the extent that it purports to require Microsoft to conduct undue legal or factual analysis as to whether a document reflects "[r]evenue, usage, or subscription data for Your services or software platforms that relied on NVIDIA GPU-Acceleration Software." Microsoft objects to this request as failing to describe the documents sought in sufficient detail for Microsoft to conduct a reasonable search of its records.

Microsoft objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to "[r]evenue," "usage," "subscription data," "Your services or software platforms," and "relied on NVIDIA GPU-Acceleration Software" without providing additional identifying or clarifying information to explain exactly what is sought.

Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent it addresses Microsoft's activities rather than those of Defendant.

Microsoft objects to this request as unduly burdensome to the extent it seeks documents that are at least over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Microsoft is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Microsoft objects to the lack of a reasonable geographic limitation.

Microsoft will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 15:**

Benchmark results, technical evaluations, or cost-benefit analyses relating to Your use of NVIDIA GPU-Acceleration Software and NVIDIA GPU-Acceleration Hardware.

**RESPONSE:**

Microsoft objects to this request for failing to make reasonable efforts to reduce the burden on non-party Microsoft. In particular, Microsoft objects to this request to the extent it seeks information not in the possession, custody, or control of Microsoft and/or is in the possession, custody or control of Defendant.

Emily Portuguese
November 13, 2025
Page 21

Microsoft objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Microsoft products by name and/or versions that are relevant to this case.

Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents unrelated to any Microsoft product or component alleged to be an accused product in the underlying case; until Microsoft is provided with the portion of Plaintiff's infringement contentions that addresses any Microsoft product or component—and addresses the relevance of Microsoft's alleged use of "NVIDIA GPU-Acceleration Software and NVIDIA GPU-Acceleration Hardware"—Microsoft cannot determine the relevance of this request and therefore objects to this request as not relevant.

Microsoft objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks Microsoft internal documents and internal information not relayed to the Defendant.  Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks material available through party or expert discovery.

Microsoft objects to this request as vague and unduly burdensome to the extent that it purports to require Microsoft to conduct undue legal or factual analysis as to whether a document reflects "[b]enchmark results, technical evaluations, or cost-benefit analyses relating to Your use of NVIDIA GPU-Acceleration Software and NVIDIA GPU-Acceleration Hardware." Microsoft objects to this request as failing to describe the documents sought in sufficient detail for Microsoft to conduct a reasonable search of its records.

Microsoft objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to "[b]enchmark results," "technical evaluations," "cost-benefit analyses," and "Your use of NVIDIA GPU-Acceleration Software and NVIDIA GPU-Acceleration Hardware" without providing additional identifying or clarifying information to explain exactly what is sought.

Microsoft objects to this request as unduly burdensome to the extent it seeks documents that are at least over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Microsoft is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Microsoft objects to the lack of a geographic limitation.

Microsoft objects to this request to the extent that it seeks documents protected by the attorney client privilege or doctrine of attorney work product, common interest privilege, or any other applicable privilege, protection, or immunity.

Emily Portuguese
November 13, 2025
Page 22

Microsoft will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 16:**

Marketing, customer-facing, or internal communications describing or referencing Your reliance on NVIDIA GPU-Acceleration Software and NVIDIA GPU-Acceleration Hardware or toolkits for performance, scalability, or innovation.

**RESPONSE:**

Microsoft objects to this request for failing to make reasonable efforts to reduce the burden on non-party Microsoft. In particular, Microsoft objects to this request to the extent it seeks information in the possession, custody or control of a party to the litigation or that is publicly available.

Microsoft objects to this request as overly burdensome on nonparty Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case. In particular, it is unclear the relevance of and the need to request "[c]ommunications." Microsoft objects to any request for email as overbroad and disproportionate to the needs of the case.  Microsoft objects to the request for "[c]ommunications" to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Microsoft objects to this request as vague and unduly burdensome to the extent that it purports to require Microsoft to conduct undue legal or factual analysis as to whether a document reflects "[m]arketing, customer-facing, or internal communications describing or referencing Your reliance on NVIDIA GPU-Acceleration Software and NVIDIA GPU-Acceleration Hardware or toolkits for performance, scalability, or innovation." Microsoft objects to this request as failing to describe the documents sought in sufficient detail for Microsoft to conduct a reasonable search of its records.

Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks Microsoft internal documents and internal information not relayed to the Defendant. Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks material available through party or expert discovery.

Microsoft objects to the use of overbroad, vague and ambiguous terms and phrases in the request, including, but not limited to "[m]arketing," "customer-facing," "internal communications," "describing or referencing," "Your reliance," "NVIDIA GPU-Acceleration Software and NVIDIA GPU-Acceleration Hardware," and "toolkits for performance, scalability, or innovation" without providing additional identifying or clarifying information to explain exactly what is sought.

Microsoft objects to this request as unduly burdensome to the extent it seeks documents that are over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Microsoft is not able to retrieve information from many of these sources, or even confirm with

Emily Portuguese
November 13, 2025
Page 23

certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Microsoft objects to the lack of a reasonable geographic limitation.

Microsoft objects to this request to the extent that it seeks documents protected by the attorney client privilege or doctrine of attorney work product, common interest privilege, or any other applicable privilege, protection, or immunity.

Microsoft will not search for documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 17:**

Documents sufficient to identify any third-party software, libraries, or frameworks that were used alongside or integrated with NVIDIA GPO-Acceleration Software.

**RESPONSE:**

Microsoft objects to this request for failing to make reasonable efforts to reduce the burden on non-party Microsoft. In particular, Microsoft objects to this request to the extent it seeks information not in the possession, custody, or control of Microsoft and/or is in the possession, custody or control of Defendant.

Microsoft objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Microsoft or third party products by name and/or versions that are relevant to this case.

Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents unrelated to any third party or Microsoft product or component alleged to be an accused product in the underlying case; until Microsoft is provided with the portion of Plaintiff's infringement contentions that addresses any third party or Microsoft product or component—and addresses the relevance of Microsoft's alleged use of "NVIDIA GPU-Acceleration Software and NVIDIA GPU-Acceleration Hardware"—Microsoft cannot determine the relevance of this request and therefore objects to this request as not relevant.

Microsoft objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Microsoft objects to the request for "sufficient to identify any third-party software, libraries, or frameworks that were used alongside or integrated with NVIDIA GPO-Acceleration Software" to the extent it seeks information not in the possession, custody, or control of Microsoft.

Microsoft objects to this request as vague and unduly burdensome to the extent that it purports to require Microsoft to conduct undue legal or factual analysis as to whether a document is "sufficient to identify any third-party software, libraries, or frameworks that were used alongside or integrated with

Emily Portuguese
November 13, 2025
Page 24

NVIDIA GPO-Acceleration Software." Microsoft objects to this request as failing to describe the documents sought in sufficient detail for Microsoft to conduct a reasonable search of its records.

Microsoft objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to "any third-party software, libraries, or frameworks," "used alongside or integrated with," and "NVIDIA GPO-Acceleration Software" without providing additional identifying or clarifying information to explain exactly what is sought.

Microsoft objects to this request as unduly burdensome to the extent it seeks documents that are at least over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Microsoft is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Microsoft objects to the lack of any reasonable geographic limitation.

Microsoft will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 18:**

Documents sufficient to show how NVIDIA GPU-Acceleration Software interacted with other vendors' frameworks or toolchains.

**RESPONSE:**

Microsoft objects to this request for failing to make reasonable efforts to reduce the burden on non-party Microsoft. In particular, Microsoft objects to this request to the extent it seeks information in the possession, custody or control of Defendant.

Microsoft objects to the request for "sufficient to show how NVIDIA GPU-Acceleration Software interacted with other vendors' frameworks or toolchains" to the extent it seeks information not in the possession, custody, or control of Microsoft.

Microsoft objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Microsoft or other vendors products by name and/or versions that are relevant to this case.

Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents unrelated to any Microsoft or vendor product or component alleged to be an accused product in the underlying case; until Microsoft is provided with the portion of Plaintiff's infringement contentions that addresses any Microsoft or vendor product or component—and addresses the relevance of Microsoft's alleged use of "NVIDIA GPU-Acceleration Software"—Microsoft cannot determine the relevance of this request and therefore objects to this request as not relevant.

Emily Portuguese
November 13, 2025
Page 25

Microsoft objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Microsoft objects to this request as vague and unduly burdensome to the extent that it purports to require Microsoft to conduct undue legal or factual analysis as to whether a document is "sufficient to show how NVIDIA GPU-Acceleration Software interacted with other vendors' frameworks or toolchains." Microsoft objects to this request as failing to describe the documents sought in sufficient detail for Microsoft to conduct a reasonable search of its records.

Microsoft objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to "NVIDIA GPU-Acceleration Software," "interacted," "other vendors' frameworks," and "toolchains" without providing additional identifying or clarifying information to explain exactly what is sought.

Microsoft objects to this request as unduly burdensome to the extent it seeks documents that are at least over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Microsoft is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Microsoft objects to the lack of a reasonable geographic limitation.

Microsoft will not conduct a search in response to this request.

**REQUEST FOR PRODUCTION NO. 19:**

Internal documentation, including but not limited to wiki pages, collaborative documentation platforms, engineering knowledge bases, or similar repositories, sufficient to show the design, development, architecture, technical functionality, or operation of any GPU-accelerated software, system, or pipeline that uses, incorporates, interfaces with, or was developed in connection with any NVIDIA GPU-Acceleration Software.

**RESPONSE:**

Microsoft objects to this request for failing to make reasonable efforts to reduce the burden on non-party Microsoft. In particular, Microsoft objects to this request to the extent it seeks information in the possession, custody or control of Defendant.

Microsoft objects to the request for "any GPU-accelerated software, system, or pipeline that uses, incorporates, interfaces with, or was developed in connection with any NVIDIA GPU-Acceleration Software" to the extent it seeks information not in the possession, custody, or control of Microsoft.

Microsoft objects to this request as unduly burdensome and disproportionate to the needs of the case to the extent that it fails to identify any Microsoft products by name and/or versions that are relevant to this case.

Emily Portuguese
November 13, 2025
Page 26

Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks documents unrelated to any Microsoft product or component alleged to be an accused product in the underlying case; until Microsoft is provided with the portion of Plaintiff's infringement contentions that addresses any Microsoft product or component—and addresses the relevance of Microsoft's alleged use of "NVIDIA GPU-Acceleration Software"—Microsoft cannot determine the relevance of this request and therefore objects to this request as not relevant.

Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks Microsoft internal documents and internal information not relayed to the Defendant. Microsoft objects to this request as overly burdensome on non-party Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case to the extent that it seeks material available through party or expert discovery.

Microsoft objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Microsoft objects to this request as vague and unduly burdensome to the extent that it purports to require Microsoft to conduct undue legal or factual analysis as to whether a document reflects "[i]nternal documentation, including but not limited to wiki pages, collaborative documentation platforms, engineering knowledge bases, or similar repositories, sufficient to show the design, development, architecture, technical functionality, or operation of any GPU-accelerated software, system, or pipeline that uses, incorporates, interfaces with, or was developed in connection with any NVIDIA GPU-Acceleration Software." Microsoft objects to this request as failing to describe the documents sought in sufficient detail for Microsoft to conduct a reasonable search of its records.

Microsoft objects to the use of vague and ambiguous terms and phrases in the request, including, but not limited to "[i]nternal documentation," "including but not limited to," "wiki pages," "collaborative documentation platforms," "engineering knowledge bases," "similar repositories," "design," "development," "architecture," "technical functionality," "operation," "any GPU-accelerated software," "system," "pipeline," "uses," "incorporates," "interfaces with," and "developed in connection with any NVIDIA GPU-Acceleration Software" without providing additional identifying or clarifying information to explain exactly what is sought.

Microsoft objects to this request as unduly burdensome to the extent it seeks documents that are at least over seven years old. Such documents, to the extent they exist, may reside in difficult-to-access sources. Microsoft is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists in the sources, without incurring substantial undue burden or cost.

Microsoft objects to the lack of a reasonable geographic limitation.

Microsoft will not conduct a search in response to this request.

Emily Portuguese
November 13, 2025
Page 27

**REQUEST FOR PRODUCTION NO. 20:**

All documents and communications between You and NVIDIA, or between You and any Third Party, referring or relating to Neurala, Inc., Neural AI, or the Litigation, including but not limited to emails, memoranda, contracts, or agreements.

**RESPONSE:**

Microsoft objects to this request for failing to make reasonable efforts to reduce the burden on non-party Microsoft. In particular, Microsoft objects to this request to the extent it seeks information in the possession, custody or control of Defendant. Moreover, Plaintiff has identified nothing to suggest any responsive materials are relevant and exist, and therefore this request appears to be an impermissible fishing expedition.

Microsoft objects to this request as overly burdensome on nonparty Microsoft and not relevant to any party's claim or defense or proportional to the needs of the case. In particular, it is unclear the relevance of and the need to request "[c]ommunications." Microsoft objects to any request for email are overbroad and disproportionate to the needs of the case. Microsoft objects to the request for "[c]ommunications" to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Microsoft objects to this request to the extent it seeks documents containing confidential, proprietary or trade secret information without making any showing of relevance or that the request is proportional to the needs of the case.

Microsoft objects to this request as vague and unduly burdensome to the extent that it purports to require Microsoft to conduct undue legal or factual analysis as to whether a document reflects "[a]ll documents and communications between You and NVIDIA, or between You and any Third Party, referring or relating to Neurala, Inc., Neural AI, or the Litigation, including but not limited to emails, memoranda, contracts, or agreements." Microsoft objects to this request as failing to describe the documents sought in sufficient detail for Microsoft to conduct a reasonable search of its records.

Microsoft objects to the use of overbroad, vague and ambiguous terms and phrases in the request, including, but not limited to "[a]ll documents and communications," "between You and NVIDIA," "between You and any Third Party," "referring or relating to Neurala, Inc., Neural AI, or the Litigation," "including but not limited to," "emails," "memoranda," "contracts," and "agreements" without providing additional identifying or clarifying information to explain exactly what is sought.

Microsoft objects to this request as unduly burdensome because it provides no temporal limitations and requires Microsoft to search for records regardless of how far in the past they may be or the burden searching for such materials would impose on nonparty Microsoft.

Microsoft also objects to the lack of a reasonable geographic limitation.

Emily Portuguese
November 13, 2025
Page 28

Microsoft objects to this request to the extent that it seeks documents protected by the attorney client privilege or doctrine of attorney work product, common interest privilege, or any other applicable privilege, protection, or immunity.

Microsoft will not search for documents responsive to this request.


Regards,

Davis Wright Tremaine LLP

Ben Byer