# EXHIBIT A

| | |
|---|---|
| **From:** | Byer, Ben |
| **Sent:** | Friday, June 12, 2026 2:58 PM |
| **To:** | Emily Portuguese |
| **Cc:** | Brian Melton; Max Tribble; Rachel Hanna; Richard Wojtczak; Rocco Magni; Samuel Drezdzon; Tamar Lusztig; Tanner Laiche; Darryl Adams; Melissa Smith (melissa@gillamsmithlaw.com); Travis Underwood; Marchesini, Angelo; Eppenauer, Alex; Mays, Jóna |
| **Subject:** | RE: Amazon and Microsoft Responses and Objections to Subpoena: Neural AI, LLC v. NVIDIA Corporation |
| **Attachments:** | 2026.06.12 Neural AI v. NVIDIA Microsoft Discovery Dispute Chart 4910-2914-1939 v.4.docx; 2026.06.12 Neural AI v. NVIDIA Amazon Discovery Dispute Chart.docx |

Emily,

We're disappointed that NAI is pursuing this despite the productive meet and confer last week where NAI was unable to identify anything it believed Amazon should be doing that it hadn't already agreed to do. We also object to the use of the OGP, which may apply to your lawsuit but not non-parties. We've laid out our position in the attached. Please copy us when you submit it to the Court.

Thanks,
Ben

**Ben Byer**
**Partner,** Davis Wright Tremaine LLP

**P** 206.757.8105 **C** 206.245.9627 **E** benbyer@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Sent:** Tuesday, June 9, 2026 11:56 AM
**To:** Byer, Ben <BenByer@dwt.com>
**Cc:** Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; Darryl Adams <dadams@sgbfirm.com>; Melissa Smith (melissa@gillamsmithlaw.com) <melissa@gillamsmithlaw.com>; Travis Underwood <travis@gillamsmithlaw.com>; Marchesini, Angelo <AngeloMarchesini@dwt.com>; Eppenauer, Alex <AlexEppenauer@dwt.com>; Mays, Jóna <JonaMays@dwt.com>
**Subject:** RE: Amazon and Microsoft Responses and Objections to Subpoena: Neural AI, LLC v. NVIDIA Corporation

Ben,

While NAI appreciates that Amazon and Microsoft are now committing an investigation to respond to the subpoena, the current efforts come too late for NAI to be able to forego pursuit of its motions. Further, on our meet and confer this past Friday, you were unable to commit that Amazon or Microsoft would ultimately produce any responsive documents. Instead, you said you will investigate the requests for the next three

weeks and will only know come June 26 if the information you find is "garbage or not." NAI cannot wait until late June to find out that two of NVIDIA's biggest customers are not actually producing any responsive documents or information.

I've attached updated charts and exhibits. Please send your responsive portions by this Friday, June 12.

Though NAI intends to submit the dispute charts to the Court upon receipt of the responsive positions from Amazon and Microsoft, NAI also invites Amazon and Microsoft to moot the dispute. If at any time while the dispute is pending with the Court, Amazon or Microsoft produces the documents NAI seeks, it is happy to withdraw the motions.

Thank you,
Emily

**Emily Portuguese | Susman Godfrey LLP**
Office: 212.729.2082 Mobile: 973.487.8743
eportuguese@susmangodfrey.com

---

**From:** Byer, Ben <BenByer@dwt.com>
**Sent:** Tuesday, June 9, 2026 1:53 PM
**To:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Cc:** Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; Darryl Adams <dadams@sgbfirm.com>; Melissa Smith (melissa@gillamsmithlaw.com) <melissa@gillamsmithlaw.com>; Travis Underwood <travis@gillamsmithlaw.com>; Marchesini, Angelo <AngeloMarchesini@dwt.com>; Eppenauer, Alex <AlexEppenauer@dwt.com>; Mays, Jóna <JonaMays@dwt.com>
**Subject:** RE: Amazon and Microsoft Responses and Objections to Subpoena: Neural AI, LLC v. NVIDIA Corporation

EXTERNAL Email
Hi Emily,

We assume you won't be moving forward tomorrow and have continued to focus our efforts on conducting the search we discussed—tracking down where, how, and in what volume the accused GPUs are used. We're available Friday if you'd like a status update but are also happy to simply provide you something as we get closer to wrapping up.

Thanks,
Ben

**Ben Byer**
**Partner,** Davis Wright Tremaine LLP

**P** 206.757.8105 **C** 206.245.9627 **E** benbyer@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Sent:** Friday, June 5, 2026 1:00 PM
**To:** Byer, Ben <BenByer@dwt.com>

**Cc:** Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; Darryl Adams <dadams@sgbfirm.com>; Melissa Smith (melissa@gillamsmithlaw.com) <melissa@gillamsmithlaw.com>; Travis Underwood <travis@gillamsmithlaw.com>; Marchesini, Angelo <AngeloMarchesini@dwt.com>; Eppenauer, Alex <AlexEppenauer@dwt.com>; Mays, Jóna <JonaMays@dwt.com>
**Subject:** RE: Amazon and Microsoft Responses and Objections to Subpoena: Neural AI, LLC v. NVIDIA Corporation

Hi Ben,

Neural AI will have a further response on Monday to the information you shared on today's call. For now, Neural AI agrees to extend the deadlines for Amazon and Microsoft to respond to Neural AI's June 1 dispute charts from Monday, June 8 to Wednesday, June 10.

Thanks,
Emily

**Emily Portuguese | Susman Godfrey LLP**
Office: 212.729.2082 Mobile: 973.487.8743
eportuguese@susmangodfrey.com

---

**From:** Byer, Ben <BenByer@dwt.com>
**Sent:** Thursday, June 4, 2026 5:35 PM
**To:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Cc:** Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; Darryl Adams <dadams@sgbfirm.com>; Melissa Smith (melissa@gillamsmithlaw.com) <melissa@gillamsmithlaw.com>; Travis Underwood <travis@gillamsmithlaw.com>; Marchesini, Angelo <AngeloMarchesini@dwt.com>; Eppenauer, Alex <AlexEppenauer@dwt.com>; Mays, Jóna <JonaMays@dwt.com>
**Subject:** RE: Amazon and Microsoft Responses and Objections to Subpoena: Neural AI, LLC v. NVIDIA Corporation

EXTERNAL Email
Thanks. 1230pm ET works for us. I circulated an invite.

Ben

**Ben Byer**
**Partner,** Davis Wright Tremaine LLP

**P** 206.757.8105 **C** 206.245.9627 **E** benbyer@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Sent:** Thursday, June 4, 2026 1:15 PM
**To:** Byer, Ben <BenByer@dwt.com>
**Cc:** Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig

<TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; Darryl Adams <dadams@sgbfirm.com>; Melissa Smith (melissa@gillamsmithlaw.com) <melissa@gillamsmithlaw.com>; Travis Underwood <travis@gillamsmithlaw.com>; Marchesini, Angelo <AngeloMarchesini@dwt.com>; Eppenauer, Alex <AlexEppenauer@dwt.com>; Mays, Jóna <JonaMays@dwt.com>
**Subject:** RE: Amazon and Microsoft Responses and Objections to Subpoena: Neural AI, LLC v. NVIDIA Corporation

Hi Ben,

We're interested to hear what you have learned. We are available tomorrow for 30 min at 12:30pm ET or at 1:30pm ET. Do either of those windows work for you?

Thanks,
Emily

**Emily Portuguese | Susman Godfrey LLP**
Office: 212.729.2082 Mobile: 973.487.8743
eportuguese@susmangodfrey.com

---

**From:** Byer, Ben <BenByer@dwt.com>
**Sent:** Thursday, June 4, 2026 2:15 PM
**To:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Cc:** Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; Darryl Adams <dadams@sgbfirm.com>; Melissa Smith (melissa@gillamsmithlaw.com) <melissa@gillamsmithlaw.com>; Travis Underwood <travis@gillamsmithlaw.com>; Marchesini, Angelo <AngeloMarchesini@dwt.com>; Eppenauer, Alex <AlexEppenauer@dwt.com>; Mays, Jóna <JonaMays@dwt.com>
**Subject:** RE: Amazon and Microsoft Responses and Objections to Subpoena: Neural AI, LLC v. NVIDIA Corporation

EXTERNAL Email
Hi Emily,

As we discussed on our last call, we're in the process of making our way through the orgs and figuring out whether and where they have the information you're requesting, and scoping the associated burden. At this point, we have a lay of the land for both orgs, and agree to complete a reasonable search and provide you with what we're able to find three weeks from tomorrow. Please let me know whether you're availability for a meet and confer today to go over what we've learned, what we see as next steps in our search, and whether in view of that you intend to go forward with your motion.

Thanks,
Ben

**Ben Byer**
**Partner,** Davis Wright Tremaine LLP

---

**P** 206.757.8105 **C** 206.245.9627 **E** benbyer@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Sent:** Monday, June 1, 2026 2:09 PM
**To:** Eppenauer, Alex <AlexEppenauer@dwt.com>; Byer, Ben <BenByer@dwt.com>; Mays, Jóna <JonaMays@dwt.com>
**Cc:** Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>
**Subject:** RE: Amazon and Microsoft Responses and Objections to Subpoena: Neural AI, LLC v. NVIDIA Corporation

Counsel,

I write to follow up on our May 21 meet and confer. More than a week has passed since that meet and confer, but we still have no update from you regarding your investigation. Despite Neural AI's attempts to narrow the subpoena and provide information to assist in your collection efforts, Neural AI has received no commitment that Amazon or Microsoft will produce a single document responsive to the subpoena.

Accordingly, attached are the dispute charts and accompanying exhibits Neural AI intends to send to the Court in the Western District of Texas to raise this discovery dispute. Under Section IV of the Court's standing order governing patent cases ("OGP"), responses from Amazon and Microsoft are due within three business days. As a courtesy, we will give Amazon and Microsoft seven days to respond. The response must be limited to 500 words per issue or a combined 1,000 words for multiple issues, excluding headings and requested relief. We have attached the OGP for your reference. If we do not receive responses from Amazon and Microsoft by June 8, we will submit the dispute charts to the Court and note the non-responses from Amazon and Microsoft in the cover email.

If Amazon and Microsoft are prepared to produce documents and thereby moot this dispute, we welcome that outcome. Please confirm in writing by June 8 what categories of documents Amazon and Microsoft will agree to search for and produce in response to Neural AI's revised subpoena requests, along with the timeline for completing that production. If Amazon or Microsoft intends to withhold any documents based on a specific, good-faith objection to any revised request, please identify the objection with particularity by the same date.

Best,
Emily

**Emily Portuguese | Susman Godfrey LLP**
Office: 212.729.2082 Mobile: 973.487.8743
eportuguese@susmangodfrey.com

**From:** Emily Portuguese
**Sent:** Tuesday, May 19, 2026 7:29 PM
**To:** 'Eppenauer, Alex' <AlexEppenauer@dwt.com>; Tanner Laiche <tlaiche@susmangodfrey.com>; Byer, Ben <BenByer@dwt.com>; Mays, Jóna <JonaMays@dwt.com>
**Cc:** Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <sdrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>
**Subject:** RE: Amazon and Microsoft Responses and Objections to Subpoena: Neural AI, LLC v. NVIDIA Corporation

Yes, 3:30pm CT on Thursday works. Thanks.

**Emily Portuguese | Susman Godfrey LLP**
Office: 212.729.2082 Mobile: 973.487.8743
eportuguese@susmangodfrey.com

---

**From:** Eppenauer, Alex <AlexEppenauer@dwt.com>
**Sent:** Tuesday, May 19, 2026 12:59 PM
**To:** Emily Portuguese <EPortuguese@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; Byer, Ben <BenByer@dwt.com>; Mays, Jóna <JonaMays@dwt.com>
**Cc:** Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>
**Subject:** RE: Amazon and Microsoft Responses and Objections to Subpoena: Neural AI, LLC v. NVIDIA Corporation

EXTERNAL Email
Hi Emily,

We're unavailable tomorrow afternoon. Would Thursday at 3:30 pm CT work for you?

Thanks,
Alex

**Alex Eppenauer** She/Her/Hers
**Paralegal,** Davis Wright Tremaine LLP

**P** 206.757.8803 **E** alexeppenauer@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Sent:** Tuesday, May 19, 2026 9:25 AM
**To:** Eppenauer, Alex <AlexEppenauer@dwt.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; Byer, Ben <BenByer@dwt.com>; Mays, Jóna <JonaMays@dwt.com>
**Cc:** Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>
**Subject:** RE: Amazon and Microsoft Responses and Objections to Subpoena: Neural AI, LLC v. NVIDIA Corporation

**[EXTERNAL]**

---

Hi Alex,

Yes, we are available tomorrow at 1:30pm Central or later. Please let me know if a time tomorrow afternoon works for you.

Thanks,
Emily

**Emily Portuguese | Susman Godfrey LLP**
Office: 212.729.2082 Mobile: 973.487.8743

eportuguese@susmangodfrey.com

---

**From:** Eppenauer, Alex <AlexEppenauer@dwt.com>
**Sent:** Monday, May 18, 2026 1:33 PM
**To:** Emily Portuguese <EPortuguese@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; Byer, Ben <BenByer@dwt.com>; Mays, Jóna <JonaMays@dwt.com>
**Cc:** Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>
**Subject:** RE: Amazon and Microsoft Responses and Objections to Subpoena: Neural AI, LLC v. NVIDIA Corporation

EXTERNAL Email

Emily,

Are you available for a call this week to discuss your email below?

Thanks,
Alex

**Alex Eppenauer** She/Her/Hers
**Paralegal,** Davis Wright Tremaine LLP

**P** 206.757.8803 **E** alexeppenauer@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Sent:** Wednesday, May 13, 2026 9:07 AM
**To:** Tanner Laiche <TLaiche@susmangodfrey.com>; Eppenauer, Alex <AlexEppenauer@dwt.com>; Byer, Ben <BenByer@dwt.com>; Mays, Jóna <JonaMays@dwt.com>
**Cc:** Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>
**Subject:** RE: Amazon and Microsoft Responses and Objections to Subpoena: Neural AI, LLC v. NVIDIA Corporation

**[EXTERNAL]**

---

Counsel,

I write to follow up on the below regarding Neural AI's subpoenas to Amazon and Microsoft. As discussed on our last meet and confer and to facilitate your clients' search, collection, and production of relevant documents, Neural AI (1) provided a clarification of the documents it is seeking, (2) narrowed the document requests it is pursuing, and (3) provided a list of NVIDIA accused products Amazon and Microsoft have received in the relevant period. Despite Neural AI's efforts to work with Amazon and Microsoft to facilitate their productions responsive to the subpoenas, we have not heard back from you.

To move this forward without further delay, please confirm by next Friday, May 22 that Amazon and Microsoft will agree to search and produce documents concerning their uses of an NVIDIA GPU in combination with: (1) an original, custom, or modified version of PyTorch using CUDA; (2) TensorRT; or (3) applications that

themselves utilize PyTorch with CUDA or TensorRT. Confirm that, for each use, Amazon and Microsoft, will produce documents described in Requests 5, 7, 8, 9, 10, 12, 13, 14, and 19.

If we do not hear from you by May 22, we will understand that the parties are at an impasse.

Thank you,
Emily

**Emily Portuguese | Susman Godfrey LLP**
Office: 212.729.2082 Mobile: 973.487.8743
eportuguese@susmangodfrey.com

---

**From:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Sent:** Monday, April 27, 2026 12:37 PM
**To:** Emily Portuguese <EPortuguese@susmangodfrey.com>; Eppenauer, Alex <AlexEppenauer@dwt.com>; Byer, Ben <BenByer@dwt.com>; Mays, Jóna <JonaMays@dwt.com>
**Cc:** Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>
**Subject:** Re: Amazon and Microsoft Responses and Objections to Subpoena: Neural AI, LLC v. NVIDIA Corporation

Counsel,

Thank you for the call earlier this month. As discussed, below is our understanding of the NVIDIA hardware products Amazon and Microsoft have acquired.

To facilitate your clients' search, collection, and production of relevant documents, Neural AI further clarifies that it is seeking documents concerning any use of an NVIDIA GPU in combination with: (1) an original, custom, or modified version of PyTorch using CUDA; (2) TensorRT; or (3) applications that themselves utilize PyTorch with CUDA or TensorRT. For example, NVIDIA NeMo is an application that utilizes TensorRT.

For each of those uses, Neural AI is pursuing from Amazon and Microsoft the documents described in Requests 5, 7, 8, 9, 10, 12, 13, 14 and 19.

- For Requests 1-4 and 6, we will drop the requests at this time because the information is theoretically available from NVIDIA in the first instance. We reserve the right to seek this discovery from Amazon and Microsoft if NVIDIA does not produce responsive documents.
- Neural AI will also agree to withdraw requests 11, 15-18, and 20 if Amazon and Microsoft agree to produce documents responsive to the list of priority requests for the configurations/uses of interest described above.

Amazon Products

- A100 SXM4 40GB w/HS (3U) - AWS
- A100 SXM4 80GB w/HS (3U)- AWS
- GB200 1CPU:2GPU Board PC, AWS
- H100 SXM5 80GB HBM3 AC
- H100 SXM5 80GB HBM3 AC, AWS

- H200 SXM5 141GB HBM3e AC, AWS
- HGX A100 8 GPU, SXM4 40GB w/HS AWS
- HGX A100 8 GPU, SXM4 80GB w/HS AWS
- HGX B200 8 GPU, SXM6 180GB HBM3e AC, AWS
- HGX B200-850 8 GPU,SXM6 180GB HBM3e AC
- HGX B300 NVL8, HBM3e, AC, AWS
- HGX H100 8 GPU, SXM5 80GB HBM3 AC
- HGX H100 8 GPU, SXM5 80GB HBM3 AC, AWS
- HGX H200 8 GPU, SXM5 141GB HBM3e AC
- HGX H200 8 GPU, SXM5 141GB HBM3e AC, AWS
- NVIDIA A10G,PG133C,C05,SKU210,AWS, GA102
- NVIDIA A10G,PG133C,C05,SKU210,NO CEC,AWS
- NVIDIA L4 24GB,PG193 SKU200,NO CEC,AWS,
- NVIDIA L40S,PG133 SKU242,CEC 1736,AWS, A
- NVIDIA RTX PRO 6000 BSE,PG153 SKU210,AWS
- PG153 ES1 SKU0210 512-BIT 96GB GDDR7-D D
- Tesla T4, PG183 A02, AWS, SKU200, TU104-
- Tesla T4,PG183 SKU200,AWS(Amazon), A02,T
- Umbriel GPU Assembly; 2x QM3; ROT; 8x SX
- Umbriel GPU Baseboard; QM3; EROT; 8x SXM
- Vulcan GPU Baseboard; Lidded LS10; Glaci

Microsoft Products

- GB200 1CPU:2GPU Board PC
- HGX H100 8 GPU, SXM5 80GB HBM3 AC, MSFT
- H100 SXM5 80GB HBM3 AC, MSFT
- H200 SXM5 141GB HBM3e AC, MSFT
- HGX B200 8 GPU, SXM6 180GB HBM3e AC
- HGX H200 8 GPU, SXM5 141GB HBM3e AC, MSF
- HGX B300 NVL8, CX8, HBM3e, AC
- NVIDIA A100 80GB PCIE,P1001 SKU230,GENER
- HGX HOPPER 8 GPU HMC CARD
- H200 SXM5 141GB HBM3e AC
- NVIDIA L40S,PG133 SKU242,CEC 1736,GENERI
- HGX A100 8 GPU, SXM4 40GB w/HS
- HGX A100 8 GPU, SXM4 80GB w/HS
- H100 SXM5 80GB HBM3 AC
- A100 SXM4 80GB w/HS (3U)
- A100 SXM4 40GB w/HS (3U)
- HGX Hopper 8 GPU Baseboard Only AC, MSFT
- GB300 1CPU:2GPU 12H Board PC
- HGX A100 8 GPU Baseboard Only AC
- HGX H100 8 GPU, SXM5 80GB HBM3 AC
- Tesla T4,PG183 SKU200,GENERIC, A02, TU10
- NVIDIA H100 NVL,P1010 SKU210,MICROSOFT,G
- NVIDIA A10,PG133C,C05,SKU215,GENERIC, GA
- HGX HOPPER 8 GPU HMC CARD, MSFT
- HGX H200 8 GPU, SXM5 141GB HBM3e AC

- HGX H100 8 GPU, SXM5 96GB HBM2e AC, META
- NVIDIA L40 48GB,PG133 SKU250,NO CEC,GENE

Thank you,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 | tlaiche@susmangodfrey.com
401 Union Street | Suite 3000 | Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Date:** Friday, April 10, 2026 at 9:55 AM
**To:** Eppenauer, Alex <AlexEppenauer@dwt.com>; Byer, Ben <BenByer@dwt.com>; Mays, Jóna <JonaMays@dwt.com>
**Cc:** Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>
**Subject:** RE: Amazon and Microsoft Responses and Objections to Subpoena: Neural AI, LLC v. NVIDIA Corporation

Yes, 2 PT works. Thank you.

**Emily Portuguese | Susman Godfrey LLP**
Office: 212.729.2082 Mobile: 973.487.8743
eportuguese@susmangodfrey.com

---

**From:** Eppenauer, Alex <AlexEppenauer@dwt.com>
**Sent:** Friday, April 10, 2026 12:48 PM
**To:** Emily Portuguese <EPortuguese@susmangodfrey.com>; Byer, Ben <BenByer@dwt.com>; Mays, Jóna <JonaMays@dwt.com>
**Cc:** Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>
**Subject:** RE: Amazon and Microsoft Responses and Objections to Subpoena: Neural AI, LLC v. NVIDIA Corporation

EXTERNAL Email
Hi Emily,

That time slot has been filled. Could we do Monday at 2 PT instead? I'll send an invite if that works.

Best,
Alex

**Alex Eppenauer** She/Her/Hers
**Paralegal,** Davis Wright Tremaine LLP

**P** 206.757.8803 **E** alexeppenauer@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610

DWT.COM

---

**From:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Sent:** Friday, April 10, 2026 8:30 AM
**To:** Eppenauer, Alex <AlexEppenauer@dwt.com>; Byer, Ben <BenByer@dwt.com>; Mays, Jóna <JonaMays@dwt.com>
**Cc:** Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>
**Subject:** RE: Amazon and Microsoft Responses and Objections to Subpoena: Neural AI, LLC v. NVIDIA Corporation

**[EXTERNAL]**

---

Thanks, Alex. Let's schedule time for Monday, April 13 at 1 PT.

Best,
Emily

**Emily Portuguese | Susman Godfrey LLP**
Office: 212.729.2082 Mobile: 973.487.8743
eportuguese@susmangodfrey.com

---

**From:** Eppenauer, Alex <AlexEppenauer@dwt.com>
**Sent:** Monday, April 6, 2026 2:04 PM
**To:** Emily Portuguese <EPortuguese@susmangodfrey.com>; Byer, Ben <BenByer@dwt.com>; Mays, Jóna <JonaMays@dwt.com>
**Cc:** Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>
**Subject:** RE: Amazon and Microsoft Responses and Objections to Subpoena: Neural AI, LLC v. NVIDIA Corporation

EXTERNAL Email
Emily,

Thanks for following up. When we last spoke five months ago, we explained that we needed more information to conduct a search. You reported that you were still pursuing discovery from defendant and were working to better identify the products it supplied to Microsoft and Amazon that were relevant, as well as what you needed from us about those products that you couldn't get from defendant. At no point have we ever refused to search. To the contrary, our last call was constructive - you agreed to circle back with us once you had that information and a better idea of what you needed. If you have that now, we're happy to talk. Much of our team is out of the country this week, but we're available the following week. Here's some time slots, all in PT.

Monday, April 13: 1-1:30 or 2-2:30
Tuesday, April 14: 11:30-12, 1:30-2, or 2-2:30
Wednesday: 11-11:30

Please let us know what works for you. If none of these slots work, please let us know and we'll look for more.

Thanks,
Alex

**Alex Eppenauer** She/Her/Hers
**Paralegal,** Davis Wright Tremaine LLP

**P** 206.757.8803 **E** alexeppenauer@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Sent:** Friday, April 3, 2026 8:15 AM
**To:** Byer, Ben <BenByer@dwt.com>; Syed, Khadija <KhadijaSyed@dwt.com>; Mays, Jóna <JonaMays@dwt.com>; Eppenauer, Alex <AlexEppenauer@dwt.com>
**Cc:** Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Richard Wojtczak <rwojtczak@susmangodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>
**Subject:** RE: Amazon and Microsoft Responses and Objections to Subpoena: Neural AI, LLC v. NVIDIA Corporation

**[EXTERNAL]**

---

Counsel,

We are following up regarding Amazon and Microsoft's responses and objections to Neural AI's subpoenas. Amazon and Microsoft's responses refused to search for or produce documents, and although the parties met and conferred, neither Amazon nor Microsoft has produced a single document responsive to the subpoena.

As Neural AI and NVIDIA have continued to engage in discovery, Neural AI has obtained additional information regarding NVIDIA's relationships with Amazon and Microsoft that confirm the importance of these entities. Amazon and Microsoft's non-party status does not excuse a blanket refusal to conduct any search or make any production. Nor is it a sufficient response to suggest that Neural AI should seek the information from NVIDIA instead. Amazon and Microsoft are the custodians of their own documents concerning their acquisition, use, integration, evaluation, and implementation of NVIDIA technology, and those materials are plainly relevant.

Please confirm by April 7, 2026 whether Amazon and Microsoft will search for and produce documents responsive to each of the subpoena requests. If Amazon or Microsoft maintains objections to any particular request, then please state its specific position as to each request and the basis for withholding documents.

If Amazon or Microsoft will not agree to search for and produce documents, then please provide your availability next week for a meet and confer.

Thank you,
Emily

**Emily Portuguese | Susman Godfrey LLP**
Office: 212.729.2082 Mobile: 973.487.8743
eportuguese@susmangodfrey.com

---

**From:** Eppenauer, Alex <AlexEppenauer@dwt.com>
**Sent:** Monday, November 17, 2025 1:26 PM
**To:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Cc:** Byer, Ben <BenByer@dwt.com>; Syed, Khadija <KhadijaSyed@dwt.com>; Brian Melton

<BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; Mays, Jóna <JonaMays@dwt.com>
**Subject:** RE: Microsoft's Responses and Objections to Subpoena: Neural AI, LLC v. NVIDIA Corporation

EXTERNAL Email

Hi Emily,

We're available on Wednesday at 11 am PT to discuss the subpoenas to both Microsoft and Amazon. Please let me know if that works for you and I'll send an invite.

Thanks,
Alex

**Alex Eppenauer** She/Her/Hers
**Paralegal,** Davis Wright Tremaine LLP

**P** 206.757.8803 **E** alexeppenauer@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Sent:** Friday, November 14, 2025 3:06 PM
**To:** Eppenauer, Alex <AlexEppenauer@dwt.com>
**Cc:** Byer, Ben <BenByer@dwt.com>; Syed, Khadija <KhadijaSyed@dwt.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>
**Subject:** RE: Microsoft's Responses and Objections to Subpoena: Neural AI, LLC v. NVIDIA Corporation

**[EXTERNAL]**

---

Hi Alex,

Confirming receipt. Can you please provide some availability on Tuesday, November 18 and Wednesday, November 19 for a meet and confer to discuss Microsoft's objections?

Thank you,
Emly

**Emily Portuguese | Susman Godfrey LLP**
Office: 212.729.2082 Mobile: 973.487.8743
eportuguese@susmangodfrey.com

---

**From:** Eppenauer, Alex <AlexEppenauer@dwt.com>
**Sent:** Thursday, November 13, 2025 7:12 PM
**To:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Cc:** Byer, Ben <BenByer@dwt.com>; Syed, Khadija <KhadijaSyed@dwt.com>
**Subject:** Microsoft's Responses and Objections to Subpoena: Neural AI, LLC v. NVIDIA Corporation

EXTERNAL Email

Good afternoon,

Attached please find the responses and objections on behalf of Microsoft Corporation in response to the above-referenced matter.

Thank you,
Alex

**Alex Eppenauer** She/Her/Hers
**Paralegal |** Davis Wright Tremaine LLP

**P** 206.757.8803 **E** alexeppenauer@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610

DWT.COM