**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **NEURAL AI, LLC,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**MICROSOFT CORPORATION,**<br><br>**Respondent.** | **Case No. 7:26-mc-00242**<br><br>**[Underlying Case: USDC Western District of Texas No. 7:24-cv-00221-ADA-DTG]** |

**ORDER**

Before the Court is Petitioner's Motion to Compel Compliance with Subpoena Served on Third-Party Microsoft Corporation. After consideration of the same, it is of the opinion that the Motion should be and is hereby **DENIED**.

SIGNED this ____________ day of ____________________, 2026.

______________________________
UNITED STATES DISTRICT JUDGE