**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **NEURAL AI, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **v.** | § | **NO.   MO:26-MC-00242** |
| | § | |
| | § | |
| **MICROSOFT CORPORATION** | § | |
| *Defendant.* | § | |

## ORDER

It is **ORDERED** the Defendant's Motion to Compel Compliance with Subpoena Served on Third-Party Microsoft Corporation. (Doc.1) filed June 24, 2026, is referred to the Honorable Leon Schydlower, United States District Judge for the El Paso Division of the Western District of Texas

It is further **ORDERED** that Judge Schydlower, in the interest of obtaining prompt resolution of the above-styled Motion, shall have the authority to issue any orders and conduct any necessary evidentiary hearings or other appropriate proceedings.

It is so **ORDERED**.

**SIGNED** this 10th day of July, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE