**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
MIDLAND-ODESSA DIVISION

NEURAL AI, LLC

vs. Case No.: 7:26-mc-00242-DC

MICROSOFT CORPORATION

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Benjamin J. Byer, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Microsoft Corporation in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Davis Wright Tremaine LLP with offices at:

   Mailing address: 920 Fifth Avenue, Suite 3300

   City, State, Zip Code: Seattle, WA 98104-1610

   Telephone: 206.622.3150 Facsimile: 206.757.7700

2. Since November 20, 2006, Applicant has been and presently is a member of and in good standing with the Bar of the State of Washington. Applicant's bar license number is 38206.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| Please see attached | |
| | |
| | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 7:26-mc-00241 on the 13 day of July, 2026.

Number: ____________________ on the _____ day of __________________, ______.

Number: ____________________ on the _____ day of __________________, ______.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Andrew Thompson ("Tom") Gorham

Mailing address: Gillam & Smith, LLP, 7232 Crosswater Avenue

City, State, Zip Code: Tyler, Texas 75703

Telephone: 903.934.8450

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Benjamin J. Byer to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Benjamin J. Byer
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the ____ day of __________________, ______.

Benjamin J. Byer
[printed name of Applicant]

[signature of Applicant]

**BENJAMIN J. BYER / COURT ADMISSIONS**

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| Supreme Court and All Courts of the State of Washington | November 20, 2006 |
| United States District Court for the Western District of Washington | January 28, 2007 |
| United States District Court for the Eastern District of Washington | January 28, 2008 |
| United States Court of Appeals for the Federal Circuit | July 3, 2012 |
| United States District Court for the Eastern District of Texas | June 14, 2016 |